IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY DAVID HALLADAY                                CV. 09-0046-BR

        Petitioner,                                JUDGMENT

  v.

RICK COURSEY

        Respondent.


BROWN, District Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice. The Court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). Pending motions, if any, are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this 28th day of September, 2011.

                                          /s/ Anna J. Brown
                                          ANNA J. BROWN
                                          United States District Judge

1 - JUDGMENT